UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA W. HORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIS US INC., A MANPOWER BRAND COMPANY,<br><br>　　　　　Defendant. | No. 2:17-cv-0814 JAM DB PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On July 3, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 3, 2019 (ECF No. 44) are adopted in full;

2. Defendant's November 30, 2018 motion for summary judgment (ECF No. 24) is granted;

3. Judgement is entered for defendant; and

4. This action is closed.

DATED: October 7, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

\horn0814.jo